WO

```
                          ___ FILED      ___ LODGED
                          ___ RECEIVED   ___ COPY

                              JAN 1 2 2007

                          CLERK U S DISTRICT COURT
                            DISTRICT OF ARIZONA
                          BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) 07-3002M |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Noe Delgado, | ) |
| Defendant. | ) |

For the reasons set forth on the record in open court at the conclusion of Defendant's January 11, 2007 detention hearing,

The Court finds that a combination of conditions exist that will reasonably assure Defendant's appearance at all future court proceedings in this matter.

**IT IS ORDERED** that upon the posting a cash bond in the sum of $500,000.00 with the Clerk, defense counsel shall notify the undersigned's judicial assistant, the assigned AUSA Darcy Cerow and PTS' officer Regina Begay whereupon a bag and baggage release hearing will be set before the undersigned to set all other conditions of release. United States v. Fidler, 419 F.3d 1026 (9th Cir. 2005).

Defense counsel shall timely provide the bond details to the assigned AUSA so that she has a fair opportunity to request a Nebbia hearing if reasonable grounds exist to request such a hearing. United States v. Nebbia, 357 F.2d 303, 304 (2d Cir. 1966) ("... mere deposit of cash bail is not sufficient to deprive the court of the right to inquire into other

1 factors which might bear on the question of the adequacy of the bail and . . . the ability of the
2 surety to produce the defendant."); United States v. Noriega-Sarabia, 116 F.3d 417 (9th Cir.
3 1997); Rule 46(e), FED.R.CRIM.P.
4        **IT IS FURTHER ORDERED** that Defendant shall remain detained until such
5 bond is posted and all conditions of release set.
6        DATED this 12th day of January, 2007.

                                              Lawrence O. Anderson
                                              United States Magistrate Judge